IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TIMOTHY MARTIN,

    Plaintiff,

v.                                              CASE NO.: 1:11cv96-SPM/GRJ

LINKAMERICA EXPRESS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon consideration of Plaintiff's Motion for Dismissal with Prejudice and Federal Rule of Civil Procedure 41(a)(2), it is

ORDERED AND ADJUDGED:

1.     Plaintiff's motion (doc. 23) is granted.

2.     This case is dismissed with prejudice as agreed by the parties.

DONE AND ORDERED this 22nd day of November, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge